AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Central District of California

| | | |
|---|---|---|
| MICHAEL PROTACK, an individual, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  8:18-cv-01478-AG (JDEx) |
| DELTA AIR LINES, INC., a Delaware corporation; see attached | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DELTA AIR LINES, INC., a Delaware corporation;  RICHARD TERRY, an individual; ORAN CLAYTON MILLER, aka O.C. MILLER, an individual; CHRIS PUCKETT, an individual; THOMAS B. FAULKNER, MD, an individual; JIM GRAHAM, an individual; and DOES 1 through 20, inclusive

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LAW OFFICES OF CHRISTINA M. COLEMAN, APC
Christina M. Coleman (SBN 192578)
christina@christinacolemanlaw.com
5514 Wilshire Blvd., Floor 1
Los Angeles, CA  90036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  08/22/2018

*Signature of Clerk or Deputy Clerk*

**LAW OFFICES OF CHRISTINA M. COLEMAN, APC**
Christina M. Coleman (SBN 192578)
*christina@christinacolemanlaw.com*
5514 Wilshire Blvd., Floor 1
Los Angeles, CA  90036
Phone:  (323) 592-3605
Fax:  (323) 843-1715


**SHEGERIAN & ASSOCIATES, INC.**
Carney R. Shegerian (SBN 150461)
*cshegerian@shegerianlaw.com*
Anthony Nguyen (SBN 259154)
*anguyen@shegerianlaw.com*
225 Santa Monica Boulevard, Suite 700
Santa Monica, California 90401
Phone: (310) 860-0770
Fax: (310) 860-0771


Attorneys for Plaintiff,
MICHAEL PROTACK


# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL PROTACK, an individual,<br><br>               Plaintiff,<br><br>     v.<br><br>DELTA AIR LINES, INC., a Delaware corporation;  RICHARD TERRY, an individual; ORAN CLAYTON MILLER, aka O.C. MILLER, an individual; CHRIS PUCKETT, an individual; THOMAS B. FAULKNER, MD, an individual; JIM GRAHAM, an individual; and DOES 1 through 20, inclusive,<br><br>               Defendants. | Case No.  8:18-cv-1478<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:**<br><br>1. **VIOLATION OF THE AMERICANS WITH DISABILITIES ACT (ADA), 42 U.S.C. §12101 ET SEQ;**<br><br>2. **VIOLATION OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT (ADEA), 29 U.S.C. §621, ET SEQ;**<br><br>3. **VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT, 42 U.S.C. §2000e, ET SEQ.**<br><br>4. **VIOLATIONS OF RAILWAY LABOR ACT (RLA), 45 U.S.C. § 151 ET SEQ.**<br><br>5. **DISCRIMINATION IN VIOLATION** |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIF

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  8:18-cv-01478-AG (JDEx)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: